IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL DIAZ,

        Plaintiff,                      No. CIV S-12-0727 EFB P

        vs.

SWARTHOUT, et al.,

                                 ORDER

        Defendants.

_____/

        Plaintiff is a prisoner confined to California State Prison, Solano. He is proceeding pro se and it appears that he is attempting to commence a civil action under 42 U.S.C. § 1983. On March 22, 2012, plaintiff filed a motion for a temporary restraining order. Dckt. No. 1.

        Plaintiff has not paid the filing fee or sought leave to proceed *in forma pauperis*. To proceed with a civil action, a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of

1

1 each prison at which the prisoner is or was confined." In order to proceed, plaintiff must either
2 pay the filing fee or comply with the *in forma pauperis* statute.

3     Nor has plaintiff filed a complaint. A complaint is necessary for the commencement of a
4 civil action and must contain a short and plain statement of plaintiff's claim, showing that he is
5 entitled to relief. Fed. R. Civ. P. 3; Fed. R. Civ. P. 8. Plaintiff may draft his claims on the form
6 complaint used by this court.

7     Until plaintiff submits a complaint and either pays the filing fee or meet the requirements
8 of 28 U.S.C. § 1914(a), there simply is no case before the court.

9     Accordingly, it hereby is ORDERED that:

10     1. The Clerk of the Court shall send to plaintiff the form complaint and application for
11 leave to proceed in forma pauperis used in this court.

12     2. Withing 30 days of the date of this order, plaintiff shall either pay the $350 filing fee
13 or submit a complete application for leave to proceed in forma pauperis; and

14     3. Within 30 days of the date of this order, plaintiff shall submit a complaint stating the
15 nature of the action and his belief that he is entitled to redress. Failure to comply with this order
16 will result in a recommendation that this action be dismissed.

17 DATED: April 11, 2012.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE