1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIGUEL DIAZ,

11            Plaintiff,                    No. 2:12-cv-0727 EFB P[1]

12        vs.

13   SWARTHOUT, et al.,
                                            ORDER AND
14            Defendants.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On February 28, 2013, the court screened plaintiff's amended complaint

18   pursuant to 28 U.S.C. § 1915A.  The court found service appropriate as to some defendants, but

19   not all, and granted plaintiff thirty days to either return documents necessary to effect service of

20   process on defendants against whom plaintiff had stated a cognizable claim, or to file an

21   amended complaint.   Dckt. No. 18.  The order warned plaintiff that failure to comply would

22   result in this action being dismissed.  The time for acting has passed and plaintiff has not

23

24   _____

25        [1] Plaintiff failed to respond to the court's order filed on April 11, 2012, Dckt. No.
     3, directing that he complete and return the form indicating either his consent to jurisdiction
     of the magistrate judge or request for reassignment to a district judge.  Accordingly, The Clerk of
26   the Court is directed to randomly assign a United States District Judge to this case.

submitted the materials necessary for service, has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, it is hereby ORDERED that the Clerk of the Court randomly assign a United States District Judge to this case.

Further, it is hereby RECOMMENDED that this action be DISMISSED.  Fed. R. Civ. P. 41(b); E. D. Cal. Local Rule 110, 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE