IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL DIAZ,

      Plaintiff,                    No. 2:12-cv-0727 EFB P[1]

    vs.

SWARTHOUT, et al.,

      Defendants.           ORDER AND
                                 FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 28, 2013, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A. The court found service appropriate as to some defendants, but not all, and granted plaintiff thirty days to either return documents necessary to effect service of process on defendants against whom plaintiff had stated a cognizable claim, or to file an amended complaint. Dckt. No. 18. The order warned plaintiff that failure to comply would result in this action being dismissed. The time for acting has passed and plaintiff has not

---

[1] Plaintiff failed to respond to the court's order filed on April 11, 2012, Dckt. No. 3, directing that he complete and return the form indicating either his consent to jurisdiction of the magistrate judge or request for reassignment to a district judge. Accordingly, The Clerk of the Court is directed to randomly assign a United States District Judge to this case.

1

1  submitted the materials necessary for service, has not filed an amended complaint, or otherwise
2  responded to the court's order.
3     Accordingly, it is hereby ORDERED that the Clerk of the Court randomly assign a
4  United States District Judge to this case.
5     Further, it is hereby RECOMMENDED that this action be DISMISSED. Fed. R. Civ. P.
6  41(b); E. D. Cal. Local Rule 110, 183(b).
7  These findings and recommendations are submitted to the United States District Judge
8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
9  after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties. Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
12 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
13 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
14 Dated: April 3, 2013.

                                                 EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE