IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL DIAZ,

     Plaintiff,                    No. 2:12-cv-0727 MCE EFB P

     vs.

SWARTHOUT, et al.,

     Defendants.           ORDER

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff filed a motion for an extension of time to file an amended complaint. He also filed a motion "for contempt of court orders and sanctions," requesting that CDCR staff be sanctioned, that he be allowed to eat in the chow hall, and that he received his insulin.

    For the reasons stated in the court's May 14, 2013 order, plaintiff's request for an extension of time (Dckt. No. 26) is denied. As there is no operative pleading in this action, plaintiff's "motion for court orders," construed as a request for injunctive relief (Dckt. No. 27), is also denied.

Dated: May 14, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE